```
Court Name: United States District Court
Division: 1
Receipt Number: 14683097171
Cashier ID: jblack
Transaction Date: 10/13/2022
Payer Name: CLAUDE M. HILTON
----------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: CLAUDE M. HILTON
 Case/Party: D-VAE-1-22-CV-001153-001
 Amount:         $402.00
----------------------------------------
CREDIT CARD
 Amt Tendered:  $402.00
----------------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

CLAUDE M. HILTON
CASE# 22cv1153
```