FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2023 NOV 20  P 1: 36

| | |
|---|---|
| **DANILLE TAYLOR** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 1:22-cv-1153 |
| v. ) | |
| ) | |
| **REVATURE LLC** ) | |
| ) | |
| *Defendant* ) | |

## WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, Danielle Taylor, who is the Plaintiff, hereby waives oral argument on the MOTION TO AMEND and submits the case on the record and the briefs.

Dated: **November 20, 2023**

Very respectfully,

*Danielle Taylor*
Danielle Taylor