**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-01153 (RDA/WBP) |
| | ) | |
| REVATURE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Before the Court is Plaintiff's Motion to Amend. ("Motion"; ECF No. 39.) Plaintiff filed the Motion pursuant to the Court's September 28, 2023, Opinion and Order ("Opinion and Order"; ECF No. 38), which authorized Plaintiff to file the Motion with an attached proposed amended complaint that provides a chronological, plain statement of the facts in compliance with Federal Rule of Civil Procedure 8. (ECF No. 38 at 23.) Plaintiff filed the Motion on October 27, 2023 (ECF No. 39), Defendant opposed the Motion on November 3, 2023 (ECF No. 41), and Plaintiff replied in support of her Motion on November 20, 2023. (ECF No. 43).

Rule 15 advises that a court must freely grant leave to amend when justice so requires. FED. R. CIV. P. 15(a)(2). Plaintiff also is proceeding *pro se*, which entitles her pleadings to a liberal construction. *See Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). Having reviewed the parties' briefings on the Motion, and because Plaintiff has satisfied the Court's Opinion and Order to include a chronological plain statement of facts in an amended complaint, and it otherwise being proper so to do, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Plaintiff is directed to file her Amended Complaint (ECF No. 39-1) with

the Clerk's office as a new docket entry.

Entered this 15th day of May 2024.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia

2