FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2024 MAY 24  P 3: 55

Danielle Taylor

Plaintiff            )
Vs.                  )
                     )   # 1:22-cv-1153
Revature LLC.        )
                     )
Defendant            )

_____

MOTION FOR DISCIPLINARY ENFORCEMENT

Pursuant to Local Civil Rule 83.1(L), this is a motion for disciplinary enforcement against Defendant's Counsel. Pursuant to FRDE RULE IV, and FRDE RULE V, Plaintiff seeks an order from this Court requiring the respondent attorney to show cause within 30 days as to why the attorney should not be disciplined. Pursuant to Local Civil Rule 7(F), the reasons for such action are detailed in the MEMORANDUM SUPPORTING DISCIPLINARY ENFORCEMENT.

## CERTIFICATES FOR MOTION REQUESTING SANCTIONS

A. Truthfulness

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and Plaintiff served Defendant with a copy of this document on the same day.

B. Ghost Writing

I certify under penalty of perjury under the laws of the United States of America, pursuant to Local Rule 83.1(M), no attorney has prepared, or assisted me in the preparation of this document.

Date: May 24, 2024

Very Respectfully,

Printed Name: Danielle Taylor

Signed Name: *[signature]*