IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**Danielle Taylor**

| | |
|---|---|
| **Plaintiff** | ) |
| **Vs.** | ) |
| | ) # 1:22-cv-1153 |
| **Revature LLC.** | ) |
| | ) |
| **Defendant** | ) |

## WAIVER

Plaintiff waives oral argument on the motion for disciplinary proceedings filed on May 24, 2024.