FILED

2024 MAY 24 P 3:55

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Danielle Taylor

*Plaintiff*  )
Vs.  )
  )  # 1:22-cv-1153
Revature LLC.  )
  )
*Defendant*  )

_____

## MOTION TO VACATE

Pursuant to Federal Civil Procedure Rule 60, this is a motion to vacate the Court's Memorandum Opinion and Order from September 23, 2023. Pursuant to Local Civil Rule 7(F), the reasons for such action are detailed in the MEMORANDUM SUPPORTING VACATUR.

## CERTIFICATES FOR MOTION TO VACATE

A. Truthfulness

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and Plaintiff served Defendant with a copy of this document on the same day.

B. Ghost Writing

I certify under penalty of perjury under the laws of the United States of America, pursuant to Local Rule 83.1(M), no attorney has prepared, or assisted me in the preparation of this document.

Date: May 24, 2024

Very Respectfully,

Printed Name: Danielle Taylor

Signed Name: *[signature]*