IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**Danielle Taylor**

**Plaintiff**           )
**Vs.**                 )
                        )    # 1:22-cv-1153
**Revature LLC.**       )
                        )
**Defendant**           )

_____

## WAIVER

Plaintiff waives oral argument on the motion to vacate filed on May 24, 2024.