IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Danielle Taylor

| | |
|---|---|
| Plaintiff | ) |
| Vs. | ) |
| | )    # 1:22-cv-1153 |
| Revature LLC. | ) |
| | ) |
| Defendant | ) |

Title: FILED

Amended

Complaint

### Notice of Approved Amendment

On May 15, 2024, this Court issued an order granting my proposed amended complaint but ordered it to be filed in a new docket and kept this docket terminated. To me that was not ambiguous and it was a clear instruction to file a brand new docket so I did just that. See No. 1:24-cv-00880-PTG-LRV. Instead of responding to the claims, Defendant has repeatedly argued this Court's instructions were to refile the approved amendment on this docket.

I filed the amended complaint as a new docket in good faith of this Court's Order, specifically because the case was left terminated and there was no due date to refile in this Court's order. Although I disagree with Defendant's interpretation of the May 15, 2024 order, I am refiling the amended to this docket to show my good faith to the opposing party and their counsel. They are on record in No. 1:24-cv-00880-PTG-LRV refusing to answer to the substance of the ADA claims, but stating they are prepared to do so. ( See No. 1:24-cv-00880-PTG-LRV Defendant's Memorandum, pages 3-6, and footnote 3 on page 6).

1

Me filing this amendment should not be considered a disregard of this Court's May 15, 2024 order. I've taken all possible measures to comply. I've filed the new docket to preserve the scenario where I interpreted the Court's instruction properly. On this day, July 18th, 2024, I've now refiled in this docket to preserve the scenario where this Court intended for me to file here.

## CERTIFICATES

### A. Truthfulness

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and Plaintiff served Defendant with a copy of this document on the same day.

### B. Ghost Writing

I certify under penalty of perjury under the laws of the United States of America, pursuant to Local Rule 83.1(M), no attorney has prepared, or assisted me in the preparation of this document.

Date: July 18, 2024

Very Respectfully,

Printed Name: Danielle Taylor

Signed Name: _[signature]_