IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED

2024 JUL 22 A 9: 52

Danielle Taylor

Plaintiff            )
Vs.                  )
                     )   # 1:22-cv-1153
Revature LLC.        )
                     )
Defendant            )

## NOTICE

Very respectfully, Plaintiff hereby apprises this Court of recent filings made in another Court. Attached is a copy of Defendant's Motion to Dismiss from the new docket 1:24-cv-00880, and my Response to the same.