IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DANIELLE TAYLOR | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) Case No. 1:22-cv-1153-RDA-JFA |
| REVATURE LLC | ) ) ) |
| *Defendant*. | ) ) ) |

**DEFENDANT'S MOTION TO DISMISS FOURTH AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Revature LLC ("Revature") hereby moves for an Order dismissing each of Plaintiff's claims in her fifth iteration of her complaint (Dkt. 55-1, 55-2, 55-3) ("Fourth Amended Complaint") for the reasons stated in the concurrently filed Memorandum in Support.

Dated: August 2, 2024

Respectfully submitted,

    /s/ Micah E. Ticatch
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
eisler@islerdare.com
mticatch@islerdare.com

*Counsel for Defendant Revature LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2d day of August 2024, I emailed the foregoing document by to *pro se* Plaintiff:

>Danielle Taylor
>3622 Old Silver Hill Road, #908
>Suitland, MD 20746
>t842202@gmail.com

>        /s/ Micah E. Ticatch
>Micah E. Ticatch, Va. Bar No. 83351
>ISLER DARE, P.C.
>1945 Old Gallows Road. Suite 650
>Vienna, Virginia 22182
>Phone: (703) 748-2690
>Facsimile: (703) 748-2695
>mticatch@islerdare.com
>
>*Counsel for Defendant Revature LLC*