IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **DANIELLE TAYLOR** | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) Case No. 1:22-cv-1153-RDA-JFA |
| **REVATURE LLC** | ) ) ) |
| *Defendant.* | ) ) ) |

## NOTICE TO PLAINTIFF OF DISPOSITIVE MOTION

Please take Notice that, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975) and Local Rule 7(K), Defendant Revature LLC hereby provides you with the following warning:

1. You are entitled to file a response opposing Defendant's Motion to Dismiss Fourth Amended Complaint. Any such response must be filed within twenty-one (21) days of the date on which the Motion to Dismiss was filed.

2. The Court could dismiss this action on the basis of Defendant's papers if you do not file a response.

3. You must identify all facts stated by Defendant with which you disagree and must set forth your version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury).

4. You are also entitled to file a legal brief in opposition to the Motion to Dismiss filed by Defendant.

1

2

Dated: August 2, 2024

Respectfully submitted,

    /s/ Micah E. Ticatch
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
eisler@islerdare.com
mticatch@islerdare.com

*Counsel for Defendant Revature LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2d day of August 2024, I emailed the foregoing document by to *pro se* Plaintiff:

>Danielle Taylor
>3622 Old Silver Hill Road, #908
>Suitland, MD 20746
>t842202@gmail.com

>    /s/ Micah E. Ticatch
>Micah E. Ticatch, Va. Bar No. 83351
>ISLER DARE, P.C.
>1945 Old Gallows Road. Suite 650
>Vienna, Virginia 22182
>Phone: (703) 748-2690
>Facsimile: (703) 748-2695
>mticatch@islerdare.com
>
>*Counsel for Defendant Revature LLC*

3