# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **DANIELLE TAYLOR** )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>**REVATURE LLC** )<br>)<br>*Defendant.* )<br>) | Case No. 1:22-cv-1153-RDA-JFA |

## ORDER

Upon consideration of Defendant's Motion to Dismiss Fourth Amended Complaint ("Motion"), the memoranda submitted in support of and in opposition thereto, and argument, it is hereby:

ORDERED that the Motion be and is GRANTED; and it is further

ORDERED that the Fourth Amended Complaint (Dkt. 55-1, 55-2, 55-3) in this matter is dismissed in its entirety with prejudice.

Dated: _____, 2024

Alexandria, Virginia

_____
Judge, United States District Court for the
Eastern District of Virginia

1