**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **DANIELLE TAYLOR** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Case No. 1:22-cv-1153-RDA-JFA** |
| | ) | |
| **REVATURE LLC** | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**NOTICE OF HEARING**

Please take notice that on <u>Wednesday, September 4, 2024</u>, at <u>10:00 a.m.</u> or as soon thereafter as counsel may be heard, Defendant Revature LLC ("Revature"), through undersigned counsel, will appear before this Honorable Court, in the United States District Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314, and request the Court to rule on Defendant's Motion to Dismiss Fourth Amended Complaint.

Dated: August 2, 2024

Respectfully submitted,

     /s/ Micah E. Ticatch
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
eisler@islerdare.com
mticatch@islerdare.com

*Counsel for Defendant Revature LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 2d day of August 2024, I emailed the foregoing document by

to *pro se* Plaintiff:


Danielle Taylor
3622 Old Silver Hill Road, #908
Suitland, MD 20746
t842202@gmail.com


        /s/ Micah E. Ticatch
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
mticatch@islerdare.com

*Counsel for Defendant Revature LLC*

2