IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Taylor

Plaintiff          )
Vs.                )
                   )   # 1:22-cv-1153
Revature LLC.      )
                   )
Defendant          )

---

MOTION FOR DISCIPLINARY ENFORCEMENT

Pursuant to Local Civil Rule 83.1(L), this is a motion for disciplinary enforcement against Defendant's Counsel. Pursuant to FRDE RULE IV, and FRDE RULE V, Plaintiff seeks an order from this Court requiring the respondent attorney to show cause within 30 days as to why the attorney should not be disciplined. Pursuant to Local Civil Rule 7(F), the reasons for such action are detailed in the MEMORANDUM SUPPORTING DISCIPLINARY ENFORCEMENT.