FILED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

Taylor

| | |
|---|---|
| Plaintiff | ) |
| Vs. | ) |
| | ) # 1:22cv-01153 |
| Revature LLC. | ) |
| | ) |
| Defendant | ) |

## ORAL ARGUMENT WAIVER

Plaintiff waives oral argument on her motion to request discipline proceedings from August 8, 2024.