IN THE UNITED STATES DISTRICT COURT     FILED

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

Taylor                                       2024 AUG 28 A 9: 57

Plaintiff           )

Vs.                )

                 )    # 1:22-cv-1153

Revature LLC.      )

Defendant

---

### MOTION FOR SUR-REPLY PERMISSION

Pursuant to Local Civil Rule 7, I am seeking permission to file a sur-reply to Defendant's

8/26/24 memo. My Memo is attached.