### EXHIBIT A

Defendant filed the 8/26/24 response after business hours had closed for the day at court. The

8/26/24 was the last day permissible for timely filing. If I tried to file a document with the clerk

after hours of business had closed, on the last day of a due date window, I would not be

permitted to file. The Court would be closed and my filing would be deemed untimely the next

day.

