IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED

2024 AUG 28   A 9: 57

Taylor

Plaintiff                    )
Vs.                          )
                             )    # 1:22-cv-1153
Revature LLC.                )
                             )
Defendant                    )

_____

## ORAL ARGUMENT WAIVER

   Plaintiff waives oral argument on her motion for Sur-reply permission pursuant to Local Civil

Rule 7.