IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Taylor
Plaintiff         )
Vs.               )
                  )    # 1:22-cv-1153
Revature LLC.     )
Defendant

MOTION FOR RECONSIDERATION

Pursuant to Federal Rule of Civil Procedure 54(b), I ask the Court to reconsider the Memorandum Opinion from August 30th, 2024.