

To: Danielle Taylor
From: Human Resources
Date: July 14, 2021
Re: Transition to Bench

*Exhibit A*

Hello Danielle Taylor,

As your project will be ending, or has already ended, you will now be transitioning to bench. Please take a moment to go over the below information to ensure you have a smooth transition.

Next Steps:



- You have been given approval to conduct Bench remotely. With this approval, you have the option to continue with Bench in your current location.
- Please continue your communication with your Staging Manager while you proceed with Bench remotely.

Returning to Office:
During this tenure, if you are required to travel back to our office, you can report to any of the below three locations upon your staging manager's confirmation. Also, you will be reimbursed $250.00 per diem based on 5 days of travel if you are traveling from a location of more than 50+ miles away.
Our Retention Coordinator will reach out with information on our Housing program and to assist with travel plans. Let us know if you will not be needing Housing by emailing Housing@revature.com. As you are relocating for business purposes, we can supply you with a letter to use for lease termination, should your lease allow waived fees for business relocation. Please keep in mind that we are unable to provide any lease breakage funds.

| Office Location | Address |
|---|---|
| Reston | 11730 Plaza America Drive, Reston, VA – 20190 |
| Florida | 3220 Banyan Circle, Tampa, FL – 33613 |
| Texas | 502 Yates Street, Arlington, TX – 76010 |

P: 703-570-8181
F: 703-995-4500

11730 Plaza America Drive, Suite 205
Reston, VA 20190

Revature.com



Advancing Talent and Technologies

Check-in:
Upon your return to the office, please stop at the front desk and ask to meet with the Staging Manager.

Timesheets:
You still need to submit timesheets while on bench and the Staging Manager will be your timesheet approver during this time.

Payroll:
You will be eligible for bi-weekly payments 40 hours each week that you are in the office, or once you pass panel if you are eligible for remote bench. Bi-weekly payments will begin on the first full day you return to the office or pass panel, and will continue to be paid 2 weeks in arrears. Housing deductions of $110.00 per week will be included if you are in our apartment.
As your final date on project is Friday, July 23, 2021, you can expect your payroll to be as follows:

| Last date on project | July 23, 2021 | Pay rate $21.63/hour |
|---|---|---|
| Last project pay | 08/13/2021 for time worked from 07/17/2021 through 07/23/2021 | Pay rate $21.63/hour |
| First bench pay | The very next day of your project roll off date | Pay rate 15.20/hour |

Attendance:
If it is required for you to be physically located at the office, you must be in the office Monday through Friday from 9am - 5pm to be eligible to receive payments. The staging manager will take daily attendance so please notify him/her at stagingmgmt@revature.com, as well as, hr@revature.com of any delays or absences.

Resume/Panel Interview:
Your next step is to update your Revature resume with your most recent project as well as any new certifications you've completed while on the project and email it to stagingmgmt@revature.com. You will then receive word from the staging manager regarding your scheduled panel interview. After you clear the panel you must be open to relocate nationwide as per the relocation agreement signed at the time of onboarding.

P: 703-570-8181
F: 703-995-4500

11730 Plaza America Drive, Suite 205
Reston, VA 20190

Revature.com



Advancing Talent and Technologies

**Client Interviews:**
Only after your resume has been updated and submitted and you have passed the panel interview will you begin interviewing with clients for a new project.

**Staging and Bench Furlough Policy:**
Due to the lockdowns from COVID-19, some of our clients are delaying hiring and onboarding. As the lockdowns ease and things return to normal, we expect the hiring and placement opportunities from our clients to resume to normal levels. In the meantime, if we are unable to secure a project in the near term for an Associate in Staging or on Bench, we have opted to provide a furlough for up to 90 days. We will do everything we can to place furloughed Associates into client projects as they become available. If you are placed on furlough, a call will be set up to provide you with more details, explain the continued employee benefits you will receive, and answer your questions.

As always, we are here to assist you during this transition, therefore, should you have any additional questions or concerns, email us at hr@revature.com.

Regards,
Revature HR

P: 703-570-8181
F: 703-995-4500

11730 Plaza America Drive, Suite 205
Reston, VA 20190

Revature.com