IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Taylor

Plaintiff          )
Vs.                )
                   )   # 1:22-cv-1153
Revature LLC.      )
                   )
Defendant          )

## ORAL ARGUMENT WAIVER

Plaintiff waives oral argument.