

FILED

2024 OCT 10 P 12: 05

## United States District Court
## For the Eastern District of Virginia
## E-Noticing Registration Request for Pro Se Litigants

Case Number: 1:22 - CV - 1153

Name: Danielle Taylor

Address: 3622 old silver Hill Rd
#908
Suitland, MD 20746

Telephone Number: N\A

Email Address: T842202@gmail.com

The undersigned:
- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: D.T.   Date: 10\10\24

---

Court Use Only:

The request is GRANTED _____ or DENIED _____

_____   _____
(Judge's Signature)                  (Date)