



2024 OCT 10 P 12:05

## United States District Court
### For the Eastern District of Virginia
### E-Noticing Registration Request for Pro Se Litigants

Case Number: 1:22-CV-1153

Name: Danielle Taylor

Address: 3622 Old Silver Hill Rd
#908
Suitland, MD 20746

Telephone Number: N/A

Email Address: T842202@gmail.com

The undersigned:
  ➢ Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
  ➢ Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
  ➢ Is responsible for immediately notifying the court in writing of any change of email address.
  ➢ Must be registered with PACER (www.pacer.gov).

Signature: D.T.     Date: 10/10/24

---

Court Use Only:

The request is GRANTED ✓     or DENIED ____

_____     10/11/24
(Judge's Signature)            (Date)