IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division
Docket #: 1:22-cv-1153

**Danielle Taylor**

**Plaintiff** )
**Vs.** )
) Notice of Appeal
**Revature** )
**Defendant** )

_____

Danielle Taylor, Plaintiff, appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on March 5, 2025.



(s)_____
Pro Se Party Danielle Taylor
Address:

3622 old Silver Hill Rd #908
Suitland, MD 20746

1 OF 1

## CERTIFICATES & WAIVER

### A. Truthfulness

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and Plaintiff served Defendant with a copy of this document on the same day.

### B. Ghost Writing

I certify under penalty of perjury under the laws of the United States of America, pursuant to Local Rule 83.1(M), no attorney has prepared, or assisted me in the preparation of this document.

### C. WAIVER

Plaintiff waives oral argument.

Date: 3/10/25

Very Respectfully,

Printed Name: Danielle Taylor

Signed Name: *[signature]*