FILED: March 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1246
(1:22-cv-01153-RDA-WBP)

_____

DANIELLE TAYLOR

      Plaintiff - Appellant

v.

REVATURE LLC

      Defendant - Appellee

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:22-cv-01153-RDA-WBP |
| Date notice of appeal filed in originating court: | 03/12/2025 |
| Appellant | Danielle Taylor |
| Appellate Case Number | 25-1246 |
| Case Manager | Paige L. Ballard<br>804-916-2702 |