FILED: July 8, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1246
(1:22-cv-01153-RDA-WBP)
_____

DANIELLE TAYLOR

 Plaintiff - Appellant

v.

REVATURE LLC

 Defendant - Appellee

_____

O R D E R
_____

Upon consideration of appellant's petition for rehearing en banc, the court denies the petition.

For the Court

/s/ Nwamaka Anowi, Clerk