IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Danielle Taylor,

         )

PLAINTIFF     )

         )

v.         )   Case No. 1:22-cv-1153(RDA/WBP)

         )

REVATURE LLC,   )

DEFENDANT    )

## MOTION TO DIRECT THE CLERK TO FILE

   This is a motion to direct the Clerk to file timely served documents received on March 6, 2026 at 12:29 via 12:29pm. EXHIBIT A.

ENCLOSURE.

Danielle Taylor
June 26, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

DANIELLE TAYLOR,　　　　)
　　　　　　　　　　　　)
PLAINTIFF,　　　　　　　)
　　　　　　　　　　　　)
V.　　　　　　　　　　　)
　　　　　　　　　　　　)　　　　Case No. 1:22-CV-1153(RDA/WBP)
REVATURE LLC,　　　　　　　)
　　　　　　　　　　　　)
DEFENDANT　　　　　　　)

## CERTIFICATES

### SERVICE

Opposing counsel was served with identical copies of the motion to direct the clerk, the memorandum supporting the motion to direct the clerk, exhibit A, and a copy of this certificate of service and ghost-writing declaration.

### Ghost-Writing

I did not consult an attorney in the preparation of these documents.

Enclosure.

Danielle Taylor
June 26, 2026