3622 Old Silverhill Rd
#908
vitland, MD 20746

CERTIFIED MAIL

9589 0710 5270 3456 3663 90

Clerk of the Court
401 Courthouse Sq.
Alexandria, VA 22314

RECEIVED
MAILROOM
JUN 30 2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Retail

UNITED STATES
POSTAL SERVICE

RDC 99

22314

U.S. POS
FCM LET
SPARKS,
JUN 26, 2

$6.0
S2322P5

U.S. MARSHALS INSPECTED

22314357C4 CO49