11:31                                    .ıl 5G 24        *Exhibit A*

≡                                        🔍

> ⓘ **ALERT: SEVERE WEATHER IN THE SOUTH...**    ⌄

# USPS Tracking®                          FAQs >

Tracking Number:                          Remove ✕

# 9507106717216061828450

▢ Copy        🏃 Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the
address at 12:29 pm on March 6, 2026 in
ALEXANDRIA, VA 22314.

⟦Feedback⟧

_____

### Get More Out of USPS Tracking:

▣ USPS Tracking Plus®

✓ **Delivered**
**Delivered, Left with Individual**

ALEXANDRIA, VA 22314
March 6, 2026, 12:29 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

tools.usps.com — Private