IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DANIELLE TAYLOR,                     )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )        Civil Action No. 1:22-cv-1153 (RDA/WBP)
                                     )
REVATURE LLC,                        )
                                     )
        Defendant.                   )

## <u>ORDER</u>

This matter comes before the Court on *pro se* Plaintiff Danielle Taylor's Motion to Direct the Clerk to File. Dkt. 94. Plaintiff reports that, on March 2, 2026, she attempted to file a motion to vacate. Dkt. 95 at 1. Plaintiff reports that, on March 6, 2026, a motion to vacate with supporting documents was delivered to the Court. *Id.* However, the USPS Tracking that Plaintiff attaches reflects only that some item was "Delivered, Left with Individual" at some address in "Alexandria, VA 22314." Dkt. 95-1. The USPS Tracking neither identifies the address nor the individual. *Id.* Plaintiff notes that, at the time of the pending Motion, the alleged motion to vacate had not been docketed by the Clerk's Office and seeks an order directing the Clerk's Office to file the alleged motion to vacate. Dkt. 95 at 1.

The USPS Tracking does not establish that the alleged motion to vacate was delivered to the Clerk's Office. Furthermore, the Court has conferred with members of the Clerk's Office and confirmed that no such filing has been received.

Accordingly, it is hereby ORDERED that Plaintiff's Motion (Dkt. 94) is DENIED. The Clerk's Office has not received any motion to vacate and, thus, cannot be directed to docket documents it does not have; and it is

FURTHER ORDERED that the Court's denial of Plaintiff's Motion has no preclusive effect on whether Plaintiff may file a motion to vacate and Plaintiff may do so if she desires.

IT IS SO ORDERED.

Alexandria, Virginia
August 12, 2026

/s/

Rossie D. Alston, Jr.
United States District Judge